Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:15-mj-084-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS AND VACATE STATUS CONFERENCE; AND ORDER THEREON** |
| ERALDO OCTAVIO MARQUES, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and to vacate the currently scheduled Status Conference on January 5, 2016.

Dated:  January 4, 2016        NATIONAL PARK SERVICE

                                                    /S/ Matthew McNease
                                                    Matthew McNease
                                                    Acting Legal Officer

//

//

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Eraldo Octavio Marquez;* 6:15-mj-084-MJS, be dismissed, without prejudice, and the Status Conference on January 5, 2016 be vacated.

IT IS SO ORDERED.

Dated:   January 4, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

.